## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | |
| | : | **VIOLATIONS:** |
| **MICHAEL ELLIOTT,** | : | |
| Defendant | : | **18 U.S.C. § 2252(a)(4)(B)** |
| | : | **(Possession of Child Pornography)** |
| | : | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

Between on or about May 18, 2018, and on or about September 30, 2018, in the District of Columbia and elsewhere, the defendant, **MICHAEL ELLIOTT**, did knowingly possess any visual depiction, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Possession of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(4)(B))

CHANNING D. PHILLIPS
Acting United States Attorney

_____
NICHOLAS MIRANDA
Assistant United States Attorney, DC Bar No. 995769
U.S. Attorney's Office
555 4th Street, N.W., Room 1-905
Washington, D.C. 20530
202-252-7011
Nicholas.Miranda@usdoj.gov